```
1  Frank S. Hedin (Bar No. 291289)
   HEDIN HALL LLP
2  Four Embarcadero Center, Suite 1400
   San Francisco, California 94104
3  Telephone: (415) 766-3534
   Facsimile: (415) 402-0058
4  fhedin@hedinhall.com

5  Eugene Y. Turin
   MCGUIRE LAW, P.C.
6  55 W. Wacker Drive, 9th Floor
   Chicago, Il 60604
7  Telephone: (312) 893-70002
   eturin@mcgpc.com

8  *Counsel for Plaintiff*
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA LEE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S, INC.,<br><br>    Defendant. | Case No.  5:20-cv-01180-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41** |

Plaintiff Lydia Lee hereby dismisses the above-entitled action against defendant Macy's, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 15, 2020         **HEDIN HALL LLP**

                            By:  /s/ Frank S. Hedin
                                     Frank S. Hedin

                            Frank S. Hedin (Bar No. 291289)

|   |   |
|---|---|
| 1 | HEDIN HALL LLP |
|   | Four Embarcadero Center, Suite 1400 |
| 2 | San Francisco, California 94104 |
|   | Telephone: (415) 766-3534 |
| 3 | Facsimile: (415) 402-0058 |
|   | fhedin@hedinhall.com |

HEDIN HALL LLP
Four Embarcadero Center, Suite 1400
San Francisco, California 94104
Telephone: (415) 766-3534
Facsimile: (415) 402-0058
fhedin@hedinhall.com

Eugene Y. Turin*
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Floor
Chicago, Il 60604
Telephone: (312) 893-70002
eturin@mcgpc.com

*Counsel for Plaintiff*

NOTICE OF DISMISSAL     2     Civil Case No.: 5:20-cv-01180-NC